**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-8160**

DANNY DEWAYNE IRICK,

                Petitioner - Appellant,

     v.

MILDRED RIVERA, Warden of FCI Estill,

                Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Anderson. Solomon Blatt, Jr., Senior District Judge. (8:12-cv-02415-SB)

Submitted: March 28, 2013         Decided: April 2, 2013

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Danny Dewayne Irick, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danny Dewayne Irick, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Irick v. Rivera, No. 8:12-cv-02415-SB (D.S.C. Dec. 11, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED